United States District Court
Southern District of Texas
**ENTERED**
October 25, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 15-CR-1000(1) |
| ROBERTA BIGLER | § § | |

### ORDER

On *Oct. 29, 2016*, this Court considered the Motion for Continuance by Roberta Bigler, and said Motion is in all things GRANTED/~~DENIED~~.

This case is set for sentencing on December 20, 2016 at 2:00 p.m.

_____
United States Judge