UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*

Roberta Bigler

Case Number: 2:15−cr−01000

## Notice of Resetting

**A proceeding has been set in this case as to Roberta Bigler as set forth below.**

**BEFORE:**
**Judge John D Rainey**

**PLACE:**
Courtroom of Honorable Jason B. Libby
United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

**DATE:** 3/21/2017

**TIME:** 03:15 PM

**TYPE OF PROCEEDING:** Sentencing

Date:   March 16, 2017                                           David J. Bradley, Clerk